# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

| | |
|---|---|
| LOURDES ROMAN-NEGRON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILIARLY SITUATED, <br><br> Plaintiff, <br><br> -against- <br><br> RADIUS GLOBAL SOLUTIONS LLC FK/A NORTHLAND GROUP, INC., AND CAVALRY SPV I, LLC, <br><br> Defendants. | INDEX NO. 621481/2018 <br> FILING DATE: 11/01/18 <br><br> **SUMMONS** <br> **WITH NOTICE** <br><br> Plaintiff designates <br> Suffolk County <br> as the place of trial <br><br> The basis of the venue is <br> Plaintiff's residence |

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 1st day of November 2017, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 1st day of November 2017, together with the costs of this action and attorney's fees.

Dated:          November 1, 2018

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 335-1107



**Northland Group**

866-511-9521
For General Business Hours, please visit us at:
www.payments2northland.com

November 1, 2017

Lourdes Roman-negron
152 Junard Dr
Bay Shore, NY 11706

**ACCOUNT INFORMATION**
Current Creditor: Cavalry SPV I, LLC
Original Creditor: Citibank, N.A.
Original Account #: ************4151
PAYMENT ADDRESS:
P.O. Box 390846, Minneapolis, MN 55439
**NORTHLAND REFERENCE NUMBER**
F1515140
**CURRENT BALANCE DUE:** $15,355.41
**Settlement Offer:** $7,677.72

---

Your Account Balance $15,355.41
Your Settlement Offer $7,677.72

---

The creditor will allow you to settle your account for $7,677.72 in 3 payments starting on 11/22/17. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Once all three payments have been paid to our office on time, a letter will be sent confirming the above referenced account has been resolved. Please send in the payments along with a payment stub to the address below.

This collection agency's New York City Department of Consumer Affairs License number is 1283580.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.
This communication is sent to you by Northland Group LLC, a debt collector and a member of ACA International.

---



**Pay Online:** www.payments2northland.com

**Pay by Phone:** Please call Northland Group at 866-511-9521.
We offer check by phone, Western Union, and debit card.

**Pay by Mail:** Send payments to PO Box 390846, Minneapolis, MN 55439.

---

33-1101_4_33 2011

| 1 of 3 | 2 of 3 | 3 of 3 |
|---|---|---|
| **Northland Reference #:** F1515140 | **Northland Reference #:** F1515140 | **Northland Reference #:** F1515140 |
| Client Code: CAVP | Client Code: CAVP | Client Code: CAVP |
| Original Account #: ************4151 | Original Account #: ************4151 | Original Account #: ************4151 |
| Mail Payment to: | Mail Payment to: | Mail Payment to: |
| Northland Group | Northland Group | Northland Group |
| P.O. Box 390846 | P.O. Box 390846 | P.O. Box 390846 |
| Minneapolis, MN 55439 | Minneapolis, MN 55439 | Minneapolis, MN 55439 |
| Or pay online at: | Or pay online at: | Or pay online at: |
| payments2northland.com | payments2northland.com | payments2northland.com |
| **PAYMENT AMOUNT:** $2,559.24 | **PAYMENT AMOUNT:** $2,559.24 | **PAYMENT AMOUNT:** $2,559.24 |
| Due Date: 11/22/17 | Due Date: 30 days from 1st payment | Due Date: 30 days from 2nd payment |

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.) This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

Index No. 621481/2018

---

LOURDES ROMAN-NEGRON,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                            Plaintiff(s),

-vs-

NORTHLAND GROUP, INC.,

                            Defendant(s).

---

**SUMMONS WITH NOTICE**

---

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).


/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107