UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOURDES ROMAN-NEGRON, *on behalf of herself
and others similarly situated*,

                Plaintiff,                                      **JUDGMENT**
                                                                      19-CV-1803 (RRM) (ARL)

    - against -

RADIUS GLOBAL SOLUTIONS LLC
FK/A NORTHLAND GROUP, INC., AND
CAVALRY SPV I, LLC,

                Defendants.
------------------------------------------------------------------X

An Order of the undersigned having been filed this day dismissing this action and directing the Clerk of Court to enter judgment and close this case, it is hereby:

ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing of defendants, that all claims brought by plaintiff as against defendants are dismissed, and that this case is hereby closed.

                                                                   SO ORDERED.

Dated:  Brooklyn, New York                         *Roslynn R. Mauskopf*
          April 27, 2020                                 _____
                                                                 ROSLYNN R. MAUSKOPF
                                                                 Chief United States District Judge